# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 96-60592

JOHNSTON-TOMBIGBEE FURNITURE
MANUFACTURING CO., INC.,

Plaintiff - Appellee - Cross-Appellant,

versus

NORTHBROOK PROPERTY & CASUALTY
INSURANCE CO.,

Defendant - Appellant - Cross-Appellee.

Appeal from the United States District Court
for the Northern District of Mississippi

(1:95-CV-142-S-D)

July 11, 1997

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:*

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

This matter is before the court on the appeal of Northbrook Property & Casualty Company of an adverse judgment on a jury verdict and the cross-appeal of Johnston-Tombigbee Furniture Manufacturing Company, Inc. Having considered the briefs, oral arguments of counsel, and pertinent parts of the record, and finding no reversible error, the judgment appealed is AFFIRMED.